CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
January 13, 2025
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JOSEPH S. SMITH, ) | |
|     Petitioner, ) | Case No. 7:24-cv-00915 |
| ) | |
| v. ) | |
| ) | By: Michael F. Urbanski |
| CHADWICK S. DOTSON, ) | Senior United States District Judge |
|     Respondent. ) | |

## MEMORANDUM OPINION

Joseph S. Smith, a Virginia inmate proceeding pro se, commenced this action by filing a petition for writ of mandamus against Chadwick S. Dotson, the Director of the Virginia Department of Corrections (VDOC). Smith seeks to compel the VDOC to dismiss disciplinary actions taken against him at Lawrenceville Correctional Center and Wallens Ridge State Prison. For the following reasons, the petition is **DENIED**.

Federal district courts have jurisdiction in "any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." 28 U.S.C. § 1361. "Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances." In re Matousek, 857 F. App'x 146, 146 (4th Cir. 2021) (citing Cheney v. United States Dist. Court, 542 U.S. 367, 380 (2004)). A party seeking a writ of mandamus must show that "his right to the issuance of the writ is clear and indisputable" and that he "has no other adequate means to attain the relief he desires." Media Gen. Operations, Inc. v. Buchanan, 417 F.3d 424, 433 (4th Cir. 2005).

Smith is unable to show that he has a clear and indisputable right to the requested mandamus relief. It is well settled that federal courts do not have jurisdiction to grant

mandamus relief against state officials. Gurley v. Superior Ct. of Mecklenburg Cnty., 411 F.2d 586, 587 (4th Cir. 1969). Consequently, the relief sought by Smith is not available by way of a mandamus action in federal court. In re Matousek, 857 F. App'x at 146.

For these reasons, Smith's petition for writ of mandamus is **DENIED**. An appropriate order will be entered.

Entered: January 13, 2025

Mike Urbanski
Senior U.S. District Judge
2025.01.13 12:36:41
-05'00'

Michael F. Urbanski
Senior United States District Judge